LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

|  |  |
|---|---|
| BEATRIZ LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 22-01258 MAA<br><br>[PROPOSED] ORDER AWARDING<br>EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN HUNDRED SIXTY-THREE DOLLARS AND 39/100 ($763.39), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

    DATE: November 22, 2022 _____

    HON. MARIA A. AUDERO,
    UNITED STATES MAGISTRATE JUDGE